# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ERIK MARTINEZ,

    Plaintiff,

VS.                              NO._____

RANDY MILLS,
Individually as Police Officer
of City of Hobbs, A Municipal Corporation

    Defendant.

## COMPLAINT FOR DAMAGES FOR VIOLATION OF CONSTITUTIONAL RIGHTS OF PLAINTIFF

Comes Now Plaintiff and states:

1. That Plaintiff is resident of Lea County, State of New Mexico. That Defendant Mills is a police officer of the City of Hobbs, New Mexico and at all times material hereto, was acting under the color of laws of New Mexico.

2. That this Court has jurisdiction over the matter herein under 28 USCA 1331 involving deprivation of Constitutional Rights and by provisions of 42 USCA 1983.

3. That on or about September 16, 2016, Defendant Mills serving as a Officer of the Hobbs Police Department responded to a call for assistance from an unknown location by female seeking help. That Defendant Mills responded to address of 911 Humble, Hobbs, New Mexico but found no persons at such address. Defendant Mills thereafter was directed to location of intersection of Jefferson and Texas streets in Hobbs, New Mexico where he observed a female in the middle of such intersection without clothing and screaming.

4. That upon arrival as the intersection location, Defendant Mills observed two males standing in yard 50 yards away from the location of the female. That Defendant Mills proceeded to location of two male individuals and proceeded to conduct a "pat down" of Plaintiff with a small packet containing controlled substance being located in pants pocket of Plaintiff.

5. That Defendant Mills had no information that Plaintiff was involved in any criminal activity; had no information that Plaintiff had any connection with female in the intersection 50 yards away; had no information that Plaintiff was armed and no information that Plaintiff was dangerous.

6. That Plaintiff was charged with Possession of Controlled Substance by reason of the location of small packet in the pocket of Plaintiff recovered in the "Pat down". That the District Court of Lea County entered Order of Suppression of all evidence seized by Defendant Mills and all statements of Plaintiff with copy of Order of Suppression being attached and incorporated herein as Exhibit "A".

7. That thereafter, the charge of Possession of Controlled Substance was dismissed by the Office of District Attorney, Copy of Nolle Prosequi attached hereto as Exhibit "B"

8. That as a direct and proximate result of actions of Defendant Mills, Plaintiff was arrested and held in custody; was forced to expend monies for bail bond; for attorney fees; sustained loss of work and substantial emotional concern. That Plaintiff is further entitled to recover reasonable attorney fees and costs incurred in the proceeding herein under provisions of 42 USCA 1988.

WHEREFORE, Plaintiff prays Judgment against Defendant for all sums determined by the trier of fact; for recovery of reasonable attorney fees and costs incurred in the proceeding herein and for such other and further relief as the Court may deem equitable.

TEMPLEMAN AND CRUTCHFIELD
113 E. Washington
Lovington, New Mexico 88260

By: _____